Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−17895−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vanessa Fletcher
  133 Lenox Avenue
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−3697

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/7/26
Time:          09:45 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 28, 2026
JAN:

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-17895-MEH |
| Vanessa Fletcher | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: 132 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vanessa Fletcher, 133 Lenox Avenue, Irvington, NJ 07111-2043 |
| 521281680 | + | AquaFinance, PO Box 3256, Milwaukee, WI 53201-3256 |
| 521281698 | + | Concord Finance, Attn: Bankruptcy, 4343 N Scottsdale Rd, Suite 270, Scottsdale, AZ 85251-3352 |
| 521281732 | + | Newark Fed Employees F, 970 Broad Street, Newark, NJ 07102-2534 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521281679 | | Email/Text: bnc-aquafinance@quantum3group.com | Jul 28 2026 21:06:00 | Aqua Finance, PO Box 83162, Chicago, IL 60691-0162 |
| 521281682 | + | Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 521281681 | + | Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281683 | ^ | MEBN | Jul 28 2026 21:03:20 | Century Support Services, 2000 Commerce Loop, Suite 2210, North Huntington, PA 15642-8111 |
| 521281686 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:12 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521281684 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521281689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:15 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521281688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:26 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 521281691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2026 21:06:00 | Comenity Bank/Kingsize, Attn: Bamkruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 521281690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2026 21:06:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 521281693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2026 21:06:00 | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 521281696 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0312-2                     User: admin                                      Page 2 of 4

Date Rcvd: Jul 28, 2026                  Form ID: 132                                     Total Noticed: 68

| | | | |
|---|---|---|---|
| | | Jul 28 2026 21:06:00 | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 521281697 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2026 21:06:00 | Comenity Bank/Lane Bryant CC, Po Box 182789, Columbus, OH 43218-2789 |
| 521281700 | ^ MEBN | Jul 28 2026 21:03:19 | Concord Finance, 4150 N. Drinkwater Blvd, Scottsdale, AZ 85251-3611 |
| 521281702 | + Email/Text: bankruptcy@connexuscu.org | Jul 28 2026 21:06:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 521281703 | + Email/Text: bankruptcy@connexuscu.org | Jul 28 2026 21:06:00 | Connexus Credit Union, 1 Corporate Drive, Wausau, WI 54401-1722 |
| 521281704 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:15 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 521281705 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:26 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 521281706 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:18 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521281707 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:18 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521281708 | Email/Text: bankruptcycourts@equifax.com | Jul 28 2026 21:05:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521281709 | Email/Text: bankruptcycourts@equifax.com | Jul 28 2026 21:05:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521281710 | ^ MEBN | Jul 28 2026 21:02:32 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521281711 | ^ MEBN | Jul 28 2026 21:02:13 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521295851 | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2026 21:05:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 521281712 | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2026 21:05:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 521281714 | Email/Text: collecadminbankruptcy@fnni.com | Jul 28 2026 21:05:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521281716 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Ginnys/Swiss Colony Inc, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281717 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281718 | + Email/Text: bankruptcy@greenskycredit.com | Jul 28 2026 21:06:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 521281719 | + Email/Text: bankruptcy@greenskycredit.com | Jul 28 2026 21:06:00 | GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4796 |
| 521281720 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 21:05:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521281721 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 21:06:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521281722 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 21:06:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 521281724 | + Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Pob 54200, Omaha, NE 68154-8000 |
| 521281723 | + Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 521281726 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2026 21:11:19 | Midland Mortgage Co, Pob 268959, Oklahoma |

District/off: 0312-2                                    User: admin                                              Page 3 of 4

Date Rcvd: Jul 28, 2026                                 Form ID: 132                                            Total Noticed: 68

|  |  |  |  |
|---|---|---|---|
|  |  |  | City, OK 73126-8959 |
| 521281725 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 521281728 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281727 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 521281729 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 521281730 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281731 | Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 521281734 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:11 | Ollo Credit Cards, PO Box 660371, Dallas, TX 75266-0371 |
| 521281737 | ^ MEBN | Jul 28 2026 21:03:02 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 521281738 | ^ MEBN | Jul 28 2026 21:02:30 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521281736 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:11 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 521281735 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:11 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 521300184 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2026 21:06:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 521281741 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 28 2026 21:05:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521281739 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2026 21:06:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521281740 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2026 21:06:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 521281742 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Synchrony Bank/Home Design CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 521281743 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:23 | Synchrony Bank/Home Design CC, Po Box 71757, Philadelphia, PA 19176-1757 |
| 521281744 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 521281745 | + Email/Text: bankruptcy@sccompanies.com | Jul 28 2026 21:06:00 | The Swiss Colony/Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 521281746 | ^ MEBN | Jul 28 2026 21:02:17 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521281747 | ^ MEBN | Jul 28 2026 21:02:23 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521281748 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 28 2026 21:06:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |
| 521281750 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 28 2026 21:06:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: 132 | Total Noticed: 68 |

| 521281751 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
|---|---|---|---|
| | | Jul 28 2026 21:06:00 | Upstart Finance, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521281752 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Jul 28 2026 21:06:00 | Upstart Loan, 2950 S. Delaware Street, San Mateo, CA 94403-2580 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521281687 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521281685 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521281692 | *+ | Comenity Bank/Kingsize, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 521281694 | *+ | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 521281695 | *+ | Comenity Bank/Kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 521281699 | *+ | Concord Finance, Attn: Bankruptcy, 4343 N Scottsdale Rd, Suite 270, Scottsdale, AZ 85251-3352 |
| 521281701 | *+ | Concord Finance, 4150 N. Drinkwater Blvd, Scottsdale, AZ 85251-3611 |
| 521281713 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 521281715 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521281733 | *+ | Newark Fed Employees F, 970 Broad Street, Newark, NJ 07102-2534 |
| 521281749 | *+ | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | |
| | on behalf of Debtor Vanessa Fletcher ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew K. Fissel | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4