Certificate Number: 06531-NJ-DE-041267323

Bankruptcy Case Number: 26-17895



06531-NJ-DE-041267323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 1:02 o'clock PM CDT, Vanessa Fletcher completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 30, 2026                         By:     /s/Saira Sanchez

Name:   Saira Sanchez

Title:   Certified Credit Counselor