Order Filed on October 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br>VANESSA FLETCHER | **Case No.: 26-17895**<br>**Hearing Date: 10/07/2026**<br>**Judge: MARK E. HALL** |

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 8, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): VANESSA FLETCHER

Case No.: 26-17895MEH

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/07/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/7/2026 of the plan filed on 07/27/2026, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/21/2026 or the case will be dismissed; and it is further

ORDERED, that the Debtor must become current with plan payments through October 2026 and same must be received and posted by the Trustee by 11/4/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.