UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

VANESSA FLETCHER

CASE NO: 26+-17895

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

ECF Docket Reference No. 21

On 10/28/2026, I did cause a copy of the following documents, described below,

Notice of Motion to Vacate Dismissal ECF Docket Reference No. 21

Certification in Support of Motion ECF Docket Reference No. 21

Exhibit A ECF Docket Reference No. 21

Proposed Order ECF Docket Reference No. 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2026

/s/ David G. Beslow
David G. Beslow

Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017
973-677-9000
vjackson@goldmanlaw.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

VANESSA FLETCHER

CASE NO: 26+-17895

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 21

On 10/28/2026, a copy of the following documents, described below,

Notice of Motion to Vacate Dismissal ECF Docket Reference No. 21

Certification in Support of Motion ECF Docket Reference No. 21

Exhibit A ECF Docket Reference No. 21

Proposed Order ECF Docket Reference No. 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

KML LAW GROUP, PC
ATTN: MATTHEW FISSEL, ESQ.
701 MARKET STREET, SUITE 5000
PHILADELPHIA PA 19106

AQUA FINANCE
PO BOX 83162
CHICAGO, IL 60691-0162

AQUAFINANCE
PO BOX 3256
MILWAUKEE, WI 53201-3256

ASHRO
3650 MILWAUKEE ST
MADISON, WI 53714-2304

ASHRO
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566-1364

CENTURY SUPPORT SERVICES
2000 COMMERCE LOOP
SUITE 2210
NORTH HUNTINGTON, PA 15642-8111

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850-5299

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850-5369

CITI CARD/BEST BUY
ATTN: CITICORP CR SRVS CENTRALIZED BANKR
PO BOX 790040
ST LOUIS, MO 63179-0040

CITI CARD/BEST BUY
PO BOX 6497
SIOUX FALLS, SD 57117-6497

COMENITY BANK/KINGSIZE
ATTN: BAMKRUPTCY
P.O. BOX 182125
COLUMBUS, OH 43218-2125

COMENITY BANK/KINGSIZE
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218-2273

COMENITY BANK/KINGSIZE
PO BOX 182789
COLUMBUS, OH 43218-2789

COMENITY BANK/LANE BRYANT CC
COMENITY BANK, BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS, OH 43218-2125

COMENITY BANK/LANE BRYANT CC
PO BOX 182789
COLUMBUS, OH 43218-2789

CONCORD FINANCE
4150 N. DRINKWATER BLVD
SCOTTSDALE, AZ 85251-3611

CONCORD FINANCE
ATTN: BANKRUPTCY
4343 N SCOTTSDALE RD, SUITE 270
SCOTTSDALE, AZ 85251-3352

CONNEXUS CREDIT UNION
1 CORPORATE DRIVE
WAUSAU, WI 54401-1722

CONNEXUS CREDIT UNION
ATTN: BANKRUPTCY DEPARTMENT
P.O.BOX 8026
WAUSAU, WI 54402-8026

COSTCO CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117-6500

COSTCO CITI CARD
PO BOX 6190
SIOUX FALLS, SD 57117-6190

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804-9001

FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

GINNYS/SWISS COLONY INC
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566-1364

GREENSKY
ATTN: BANKRUPTCY
5565 GLENRIDGE CONNECTOR SUITE #700
ATLANTA, GA 30342-4796

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON CAPITAL SYSTEMS, LLC
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377-4500

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

LINCOLN AUTOMOTIVE FIN
ATTN: BANKRUPTCY
PO BOX 542000
OMAHA, NE 68154-8000

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY, OK 73118-6051

MIDLAND MORTGAGE CO
ATTN: CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY, OK 73126-0648

MIDLAND MORTGAGE CO
POB 268959
OKLAHOMA CITY, OK 73126-8959

MIDNIGHT VELVET
ATTN: BANKRUPTCY
1112 7TH AVENUE
MONROE, WI 53566-1364

MIDNIGHT VELVET
C/O CREDITORS BANKRUPTCY SERVICE
P.O. BOX 800849
DALLAS, TX 75380-0849

MONTGOMERY WARD
C/O CREDITORS BANKRUPTCY SERVICE
P.O. BOX 800849
DALLAS, TX 75380-0849

NEWARK FED EMPLOYEES F
970 BROAD STREET
NEWARK, NJ 07102-2534

OLLO CREDIT CARDS
PO BOX 660371
DALLAS, TX 75266-0371

PSE&G
80 PARK PLAZA
NEWARK, NJ 07102-4194

PSE&G
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

PLUSFINANCE/CWS
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804-9003

PLUSFINANCE/CWS
PO BOX 9222
OLD BETHPAGE, NY 11804-9222

QUANTUM3 GROUP LLC AS AGENT FOR
AQUA FINANCE INC
PO BOX 788
KIRKLAND, WA 98083-0788

SANTANDER CONSUMER USA INC.
P.O. BOX 560284
DALLAS, TX 75356-0284

SANTANDER BANK
P.O. BOX 961211
FORT WORTH, TX 76161-0211

SANTANDER BANK
SANTANDER CONSUMER USA INC., ATTN: BANKR
P.O. BOX 961245
FORT WORTH, TX 76161-0244

STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

SYNCHRONY BANK/HOME DESIGN CC
PO BOX 71757
PHILADELPHIA, PA 19176-1757

SYNCHRONY BANK/HOME DESIGN CC
SYNCHRONY BANK, ATTN: BANKRUPTCY DEPT.
P.O. BOX 965064
ORLANDO, FL 32896-5064

THE SWISS COLONY/COUNTRY DOOR
1112 7TH AVE
MONROE, WI 53566-1364

UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070-7503

UPSTART LOAN
2950 S. DELAWARE STREET
SAN MATEO, CA 94403-2580

VERIZON
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118-7901

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

**DEBTOR**

**VANESSA FLETCHER**
**133 LENOX AVENUE**
**IRVINGTON, NJ 07111-2043**